JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD CHUN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN AIRLINES, INC., a Texas Corporation, Stewart Cohen Pictures DBA SC Pictures, a Texas Company, and DOES 2 through 10 inclusive,<br><br>　　　　Defendants.<br><br>STEWART COHEN PICTURES I, LTD. dba SC PICTURES, erroneously sued as STEWART COHEN PICTURES dba SC PICTURES,<br><br>　　　　Counter-Claimant,<br><br>　　v.<br><br>ARNOLD CHUN,<br><br>　　　　Counter-Defendant. | Case No.: 2:20-cv-00533-AB-JEM<br><br>**ORDER TO DISMISS DEFENDANT STEWART COHEN PICTURES I, LTD. AND ITS COUNTER-CLAIM WITH PREJUDICE** |

1  IT IS HEREBY ORDERED that, pursuant to the parties' Stipulation to Dismiss Defendant STEWART COHEN PICTURES I, LTD. and Its Counter-Claim With Prejudice, and good cause appearing, Defendant STEWART COHEN PICTURES I, LTD. DBA SC PICTURES, erroneously sued as STEWART COHEN PICTURES DBA SC PICTURES ("Defendant") is hereby dismissed from this action with prejudice, and Defendant's Counter-Claim is also dismissed with prejudice.

Because all Defendants, Counter-Defendants, and Counter-Claims have been dismissed, this matter is ORDERED closed.

**IT IS SO ORDERED.**

DATED: May 04, 2021

———————————————————
HON. ANDRE BIROTTE JR.
United States District Court Judge

4819-1974-9092, v. 1